# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA | 04/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (SENIOR) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

ONE CHURCH STREET
MONTGOMERY, AL 36104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. Regions Bank (cash) | A | Interest | K | T | | | | | |
| 3. ACCOUNT #1 (H) | | | | | | | | | |
| 4. Morgan Stanley Portfolio Management Retirement Account (cash) (Y) | | | | | | | | | |
| 5. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy | 04/23/20 | J | | |
| 6. Accenture PLC Ireland CL A (ACN) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 7. Adobe Inc (ADBE) | | None | J | T | | | | | |
| 8. Akamai Technologies Inc (AKAM) | | None | J | T | Buy | 03/26/20 | J | | |
| 9. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 10. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 11. Amazon Com Inc (AMZN) | | None | J | T | Buy | 03/17/20 | J | | |
| 12. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 13. Amer Intl GP Inc New (AIG) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 14. Anthem Inc Com (ANTM) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 15. Broadcom Inc (AVGO) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 16. Crown Castle Intl Corp (CCI) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 17. Eli Lilly & Co (LLY) | A | Dividend | | | Buy | 04/23/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 12/04/20 | J | | |
| 19. ASML Holding NV (ASML) | | None | | | Sold | 03/12/20 | J | | |
| 20. AT&T Inc (T) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 21. Boeing Company (BA) | | None | | | Sold | 02/27/20 | J | B | |
| 22. Enbridge Inc (ENB) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 23. Intuit DE (INTU) | A | Dividend | J | T | | | | | |
| 24. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 04/23/20 | J | | |
| 25. Kar Auction Svcs Inc (KAR) | | None | J | T | Buy | 04/29/20 | J | | |
| 26. L3Harris Technologies Inc (LHX) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 27. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 28. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 29. Mastercard Inc Cl A (MA) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 30. Medical Properties Trust Inc Reit (MPW) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 31. Northrop Grumman CP (MPW) | A | Dividend | | | Buy | 01/03/20 | J | | |
| 32. | | | | | Sold | 03/09/20 | J | | |
| 33. Palo Alto Networks Inc (PANW) | | None | | | Sold | 02/27/20 | J | | |
| 34. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 36. Salesforce.com, Com, Inc (CRM) | | None | J | T | Buy | 06/03/20 | J | | |
| 37. Wesco Intl Inc (WCC) | | None | J | T | Buy | 05/26/20 | J | | |
| 38. Zimmer Biomet Hldgs Inc Com (ZBH) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 39. United Health Group Inc (UNH) | | None | | | Sold | 03/12/20 | J | D | |
| 40. Visa Inc. Cl A (V) | A | Dividend | | | Sold | 03/18/20 | J | B | |
| 41. iShares US Aerospace & Defense ETF (ITA) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 42. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | | | Sold | 03/16/20 | J | B | |
| 43. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | | | Sold | 03/12/20 | J | B | |
| 44. iShares N American Tech Soft (IGV) | | None | | | Buy | 03/31/20 | J | | |
| 45. | | | | | Sold | 04/01/20 | J | | |
| 46. iShares Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 47. SPDR Gold Tr Gold SHS (GLD) | | None | J | T | Buy | 04/16/20 | J | | |
| 48. The Technology Sel Sec SPDR Fd (XLK) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 49. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 50. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 51. ACCOUNT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. iShares N American Tech Soft (IGV) | | None | | | Buy | 03/31/20 | J | | |
| 53. | | | | | Sold | 04/01/20 | J | | |
| 54. IShares U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 55. ACCOUNT #3 (H) | | | | | | | | | |
| 56. Accenture PLC Ireland Cl A (ACN) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 57. Alibaba Group Holding LTD (BABA) | | None | | | Sold | 03/02/20 | J | A | |
| 58. Akamai Technologies Inc (AKAM) (X) | | None | J | T | | | | | |
| 59. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 60. Amazon Com Inc (AMZN) | | None | J | T | Buy | 03/17/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 62. Amer Intl GP Inc New (AIG) (X) | A | Dividend | J | T | | | | | |
| 63. Anthem Inc Com (ANTIM) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 64. ASML Holding NV (ASML) | | None | | | Sold | 03/12/20 | J | | |
| 65. AT&T Inc (T) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 66. Boeing Company (BA) | A | Dividend | | | Sold | 02/27/20 | J | B | |
| 67. Broadcom Inc (AVGO) | A | Dividend | J | T | Sold | 03/12/20 | J | A | |
| 68. | | | | | Buy | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Enbridge Inc (ENB) | A | Dividend | | | Sold | 03/09/20 | J | | |
| 70. Crown Castle Intl Corp (CCI) (X) | A | Dividend | J | T | | | | | |
| 71. Kar Auction Svcs Inc (KAR) | | None | J | T | Buy | 04/29/20 | J | | |
| 72. L3Harris Technologies Inc (LHX) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 73. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 74. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 75. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 76. Palo Alto Networks (PANW) | | None | | | Sold | 02/27/20 | J | | |
| 77. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 78. Qualcomm Inc (QCOM) (X) | A | Dividend | J | T | | | | | |
| 79. Salesforce.com, Inc (CRM) | | None | J | T | Buy | 06/03/20 | J | | |
| 80. Snowflake Inc Cl A (SNOW) | | None | J | T | Buy | 09/16/20 | J | | |
| 81. Seagate Technology Plc (STX) | A | Dividend | | | Buy | 06/04/20 | J | | |
| 82. | | | | | Sold | 09/16/20 | J | | |
| 83. Wesco Intl Inc (WCC) | | None | J | T | Buy | 05/26/20 | J | | |
| 84. Zimmer Biomet Hldgs Inc Com (ZBH) (X) | A | Dividend | J | T | | | | | |
| 85. Industrial Sel Sec SPDR Fd (IXL) | A | Dividend | J | T | Buy | 06/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. iShares Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 87. The Technology Sel Sec SPDR Fd (XLK) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 88. iShares N American Tech Soft (IGV) | | None | | | Buy | 03/31/20 | J | | |
| 89. | | | | | Sold | 04/01/20 | J | | |
| 90. Tanger Factory Outlet Centers (SKT) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 91. UnitedHealth Group Inc. (UNH) | | None | | | Sold | 03/12/20 | J | C | |
| 92. Visa Inc. Cl A (V) | A | Dividend | | | Sold | 03/18/20 | J | B | |
| 93. Invesco QQQ Trust ETF (QQQ) | | None | | | Sold | 03/12/20 | J | B | |
| 94. iShares MSCI Australia ETF (EWA) | | None | | | Sold | 03/12/20 | J | | |
| 95. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | | | Sold | 03/16/20 | J | A | |
| 96. Vanguard Mid Cap ETF (VO) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 97. Alger Small Cap Focus Z (AGOZX) | | None | | | Sold | 03/11/20 | J | | |
| 98. ACCOUNT #4 (H) | | | | | | | | | |
| 99. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 100. ACCOUNT #5 (H) | | | | | | | | | |
| 101. Vanguard Index FDS S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 102. ACCOUNT #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 104. Invesco QQQ Trust ETF (QQQ) | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 105. iShares Nasdaq Biotech ETF (IBB) (X) | A | Dividend | J | T | | | | | |
| 106. The Technology Sel Sec SPDR Fd (XLK)<br>(X) | A | Dividend | J | T | | | | | |
| 107. Vanguard Index FDS S&P 500 ETF (VOO) | | None | | | Sold | 03/12/20 | J | | |
| 108. BNY Mellon SM/MD Cap GW I (SDSCX) | A | Dividend | J | T | Buy | 08/14/20 | J | | |
| 109. ACCOUNT #7 (H) | | | | | | | | | |
| 110. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy | 04/23/20 | J | | |
| 111. Adobe Inc (ADBE) | | None | J | T | | | | | |
| 112. Akamai Technologies Inc (AKAM) | | None | J | T | Buy | 03/26/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 114. Alibaba Group Holding LTD (BABA) | | None | | | Sold | 03/02/20 | J | A | |
| 115. Alphabet Inc Cl C (GOOG) | | None | K | T | | | | | |
| 116. Amazon Com Inc (AMZN) | | None | J | T | Buy | 03/17/20 | J | | |
| 117. Amer Intl GP Inc New (AIG) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 118. Anthem Inc Com (ANTM) | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 119. Crown Castle Intl Corp (CCI) | A | Dividend | J | T | Buy | 03/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Eli Lilly & Co (LLY) | A | Dividend | | | Buy | 04/23/20 | J | | |
| 121. | | | | | Sold | 12/04/20 | J | | |
| 122.  Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 04/23/20 | J | | |
| 123.  Kar Auction Svcs Inc (KAR) | | None | J | T | Buy | 04/29/20 | J | | |
| 124.  L3Harris Technologies Inc (LHX) | A | Dividend | | | Buy | 04/17/20 | J | | |
| 125. | | | | | Sold | 12/30/20 | J | | |
| 126.  Berkshire Hathaway Inc New (BRKB) | | None | | | Sold<br>(part) | 01/09/20 | J | C | |
| 127. | | | | | Sold | 03/23/20 | J | A | |
| 128.  Boeing Company (BA) | A | Dividend | | | Sold | 02/27/20 | J | C | |
| 129.  Broadcom Inc (AVGO) (was Broadcom LTD) | A | Dividend | J | T | Sold | 03/12/20 | J | C | |
| 130. | | | | | Buy | 04/17/20 | J | | |
| 131.  Enbridge Inc (ENB) | | None | | | Sold | 01/09/20 | J | A | |
| 132.  Mastercard Inc (MA) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 133.  Palo Alto Networks (PANW) | | None | | | Sold | 02/27/20 | J | | |
| 134.  Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 135.  Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Snowflake Inc Cl A (SNOW) | | None | J | T | Buy | 09/16/20 | J | | |
| 138.  Tanger Factory Outlet Centers (SKT) | | None | | | Sold | 01/09/20 | J | A | |
| 139.  United Health Group Inc (UNH) | | None | | | Sold | 03/12/20 | J | D | |
| 140.  Visa Inc Cl A (V) | A | Dividend | K | T | | | | | |
| 141.  Wesco Intl Inc (WCC) | | None | J | T | Buy | 05/26/20 | J | | |
| 142.  Zimmer Biomet Hldgs Inc Com (ZBH) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 143.  Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 144.  iShares Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 145.  SPDR Gold Tr Gold SHS (GLD) | | None | J | T | Buy | 04/16/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 147.  BNY Mellon SM/MD Cap GW I (SDSCX) | B | Dividend | J | T | Buy | 08/14/20 | J | | |
| 148.  iShares N American Tech Soft (IGV) | | None | | | Buy | 03/31/20 | J | | |
| 149. | | | | | Sold | 04/01/20 | J | | |
| 150.  iShares MSCI Australia (EWA) | | None | | | Sold | 01/09/20 | J | A | |
| 151.  Vanguard Sector Index Fund Vanguard<br>Financials (VFH) | A | Dividend | | | Sold | 03/16/20 | J | A | |
| 152.  Vanguard Index Funds Vanguard Mid Cap<br>ETF (VO) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 153.  ACCOUNT #8 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares MSCI Singapore Capped ETF (EWS) | A | Dividend | J | T | | | | | |
| 155. ACCOUNT #9 (H) | | | | | | | | | |
| 156. Accenture PLC Ireland (ACN) (Y) | | | | | | | | | |
| 157. Alibaba Group (BABA) | | None | | | Sold | 03/02/20 | J | A | |
| 158. ASML Holding NV (ASML) | | None | | | Sold | 03/12/20 | J | | |
| 159. Broadcom Inc (AVGO) (X) | A | Dividend | J | T | | | | | |
| 160. Kar Auction Svcs Inc (KAR) (X) | | None | J | T | | | | | |
| 161. Microsoft Corp (MSFT) (X) | A | Dividend | J | T | | | | | |
| 162. Visa Inc (V) | A | Dividend | J | T | | | | | |
| 163. Wesco Intl Inc (WCC) (X) | | None | J | T | | | | | |
| 164. Invesco QQQ Trust Series 1 (QQQ) | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 165. iShares MSCI Germany ETF (EWG) | | None | | | Sold | 03/16/20 | J | | |
| 166. iShares Russell 2000 ETF (IWM) | | None | | | Sold | 03/16/20 | J | | |
| 167. iShares N American Tech Soft (IGV) | | None | | | Buy | 03/31/20 | J | | |
| 168. | | | | | Sold | 04/01/20 | J | | |
| 169. Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 170. iShares Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 06/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  The Technology Sel Sec SPDR Fd (XLK) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 172.  BNY Mellon SM/MD Cap GW I (SDSCX) | A | Dividend | J | T | Buy | 08/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **THOMPSON, MYRON H.** | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/26/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544